UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM COOPER,

    Plaintiff,

vs.  Case No. 3:05-cv-569-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,[1]

    Defendant.

**O R D E R**

This cause is before the Court on the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #20; Application), filed on March 1, 2007. It is represented Defendant has no objection to the filing of the Application. Application at 1, [externally numbered] 5. With respect to the amount sought therein, no response in opposition has been filed and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

The Application requests the Court to award $2,970.95 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. Application at 1, [externally numbered] 4. Counsel

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.

expended 18.56 hours in representing Plaintiff before the Court in 2005, 2006, and 2007.  *Id.* at [externally numbered] 4; Affidavit of Attorney's Time, attached to the Application as Plaintiff's Attachment 1.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Further, it is found Plaintiff may reasonably be awarded $2,970.95 in attorney fees.

Accordingly, the Application (Doc. #20) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,970.95.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of March, 2007.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any